

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

William Robert Parker, Appellant

No. 06-18-00102-CR          v.

The State of Texas, Appellee

Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 13,122). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

      As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

      We note that the appellant, William Robert Parker, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JULY 12, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk